## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 20-CV-60054

Plaintiff:
**DOUG LONGHINI**

vs.

Defendant:
**WRI JT NORTHRIDGE, LP**

For:
GARCIA-MENOCAL & PEREZ, P.L
4937 SW 74th Court
Unit #3
MIAMI, FL 33155

Received by LINDSAY LEGAL SERVICES, INC. on the 10th day of January, 2020 at 4:31 pm to be served on **WRI JT NORTHRIDGE, LP C/O CAPITOL CORPORATE SERVICES, INC., 515 EAST PARK AVENUE, 2ND FL, TALLAHASSEE, FL 32301.**

I, MARY GREEN, do hereby affirm that on the **21st day of January, 2020 at 2:53 pm**, I:

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **TONY FISHER** as **CUSTOMER SERVICE REPRESENTATIVE** for the Registered Agent of WRI JT NORTHRIDGE, LP C/O CAPITOL CORPORATE SERVICES, INC. at the address of: **515 EAST PARK AVENUE, 2ND FL, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 57, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 250, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MARY GREEN**
Certified Process Server #243

LINDSAY LEGAL SERVICES, INC.
7105 SW 8th STREET
SUITE 307
MIAMI, FL 33144
(305) 273-0317

Our Job Serial Number: RLA-2020000100
Ref: 2020000100